UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZONG LAU et al.,                                           :

           Plaintiffs,                       :        <u>ORDER</u>

  -v.-                                                     :
                                                            23 Civ. 1385 (JPC)(GWG)
SPECIALIZED LOAN SERVICING, LLC et al.,   :

           Defendants.                      :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court issues this Order to note that (1) the allegations of the complaint are insufficient to show diversity jurisdiction in light of the fact that one or more limited liability corporations are named as defendants and the citizenship of each member is not alleged; (2) it appears that no federal claim would support the injunctive relief sought in the complaint; and (3) even if such relief were permissible, plaintiffs have not yet taken steps to seek injunctive relief from the Court on a preliminary basis.

      Given these circumstances, plaintiffs may wish to seek legal assistance from the New York Legal Assistance clinic, which provides assistance to pro se litigants in some circumstances. The clinic may be contacted at (212) 659-6190.

      SO ORDERED.

Dated: March 1, 2023
       New York, New York

                                                                          GABRIEL W. GORENSTEIN
                                                                          United States Magistrate Judge