UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ZONG LAU et al.,                                           :

        Plaintiffs,              :     ORDER

   -v.-                                         :
                                                                 23 Civ. 1385 (JPC)(GWG)
SPECIALIZED LOAN SERVICING, LLC et al.,    :

        Defendants.             :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The Court's pre-motion conference requirement is waived as to any defendant seeking to file a motion under Rule 12(b) of the Federal Rules of Civil Procedure. In light of the recent filing of an amended complaint, the due date for any such motion is April 11, 2023. Any opposition shall be filed by May 2, 2023. Any reply shall be filed by May 16, 2023.

       SO ORDERED.

Dated: March 22, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge