UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ZONG LAU and HUI LAU,                              :
:
                           Plaintiffs,       :
:       23 Civ. 1385 (JPC) (GWG)
     -v-                                            :
:               ORDER
SPECIALIZED LOAN SERVICING, LLC *et al.*,          :
:
                         Defendants.       :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       For the reasons discussed on the record at the March 23, 2023 hearing, Plaintiffs' request for a temporary restraining order and preliminary injunction is denied. The Clerk of Court is respectfully directed to close Docket Number 11.

       SO ORDERED.

Dated: March 23, 2023
       New York, New York
                                                                   JOHN P. CRONAN
                                                    United States District Judge