UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ZONG LAU et al.,                                              :

        Plaintiffs,                       :       ORDER

  -v.-                                                        :
                                                     23 Civ. 1385 (JPC) (GWG)
SPECALIZED LOAN SERVICING, LLC et al.,   :

        Defendants.                      :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      It is not clear from the record whether the defendants have complied with Local Civil Rule 12.1. The defendants are directed to file proof of compliance by April 19, 2023.

      SO ORDERED.

Dated: April 12, 2023
       New York, New York

                                                                   GABRIEL W. GORENSTEIN
                                                                   United States Magistrate Judge