UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZONG LAU and HUI LAU,<br><br>                Plaintiffs,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, COMPUTERSHARE LOAN SERVICES, U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF 10 MASTER PARTICIPATION TRUST, FAY SERVICING, LLC, CALIBER HOME LOANS, INC. and NEWREZ, LLC.,<br><br>                Defendants. | Civil Action No. 1:23-CV-01385-JPC |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)**

Pursuant to Fed. R. Civ. P. 7.1(a)(1)-(2), the undersigned counsel for Defendant Fay Servicing, LLC ("Fay") makes the following disclosure: Fay is a single-member limited liability company and a wholly owned subsidiary of Fay Management, LLC, its single member. Fay Management, LLC is a Delaware limited liability company with its principal place of business in Tampa, Florida. No publicly held corporation owns 10% or more of the stock of Fay Servicing, LLC.

Dated: April 19, 2023

                                                    Respectfully submitted,

                                                    DAY PITNEY LLP

                                                    /s/*Michael J. Fitzpatrick*
                                                    Michael J. Fitzpatrick
                                                    Day Pitney LLP
                                                    605 Third Avenue, 31st Floor
                                                    New York, NY  10158
                                                    Telephone:  (212) 297-5800
                                                    mfitzpatrick@daypitney.com

114609470.1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that, on April 19, 2023, copies of the foregoing Corporate Disclosure Statement were electronically filed by ECF.  Notice of this filing will be sent by e-mail to all parties receiving electronic notification by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  Notice of this filing and filed copies of this filing were sent to Plaintiffs by email to kleenskin@zohomail.com and UPS Overnight Delivery addressed as follows:

Zong Lau
62 Rivington Street
Apt. 8B
New York, NY 10002

Hui Lau
62 Rivington Street
Apt. 8B
New York, NY 10002

/s/ *Michael J. Fitzpatrick*
Michael J. Fitzpatrick