UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZONG LAU and HUI LAU,<br><br>          Plaintiffs,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, COMPUTERSHARE LOAN SERVICES, U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF 10 MASTER PARTICIPATION TRUST, FAY SERVICING, LLC, CALIBER HOME LOANS, INC. and NEWREZ, LLC.,<br><br>          Defendants. | Civil Action No. 1:23-CV-01385-JPC |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)**

Pursuant to Fed. R. Civ. P. 7.1(a)(1)-(2), the undersigned counsel for Newrez, LLC ("Newrez") makes the following disclosure: Newrez LLC d/b/a Shellpoint Mortgage Servicing is a wholly-owned subsidiary of Shellpoint Partners LLC, a Delaware limited liability company. Shellpoint Partners LLC is a wholly-owned subsidiary of NRM Acquisition LLC and NRM Acquisition II LLC, Delaware limited liability companies. Both NRM Acquisition entities are wholly-owned subsidiaries of New Residential Mortgage LLC, a Delaware limited liability company. New Residential Mortgage LLC is a wholly-owned subsidiary of Rithm Capital Corp. a Delaware corporation. Rithm Capital Corp., f/k/a New Residential Investment Corp., is publicly traded on the New York Stock Exchange under the ticker symbol RITM, and was previously traded under the ticker symbol NRZ. No publicly traded corporation owns more than 10% or more of Rithm Capital Corp., f/k/a New Residential Investment Corp.'s stock.

Dated: April 19, 2023

Respectfully submitted,

DAY PITNEY LLP

/s/*Michael J. Fitzpatrick*
Michael J. Fitzpatrick
Day Pitney LLP
605 Third Avenue, 31st Floor
New York, NY 10158
Telephone: (212) 297-5800
mfitzpatrick@daypitney.com

## CERTIFICATE OF SERVICE

I hereby certify that, on April 19, 2023, copies of the foregoing Corporate Disclosure Statement were electronically filed by ECF. Notice of this filing will be sent by e-mail to all parties receiving electronic notification by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice of this filing and filed copies of this filing were sent to Plaintiffs by email to kleenskin@zohomail.com and UPS Overnight Delivery addressed as follows:

Zong Lau
62 Rivington Street
Apt. 8B
New York, NY 10002

Hui Lau
62 Rivington Street
Apt. 8B
New York, NY 10002

/s/ *Michael J. Fitzpatrick*
Michael J. Fitzpatrick