UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZONG LAU and HUI LAU,<br><br>      Plaintiffs,<br><br>  v.<br><br>SPECIALIZED LOAN SERVICING, LLC, COMPUTERSHARE LOAN SERVICES, U.S. BANK TRUST, N.A. as Trustee for LSF 10 MASTER PARTICIPATION TRUST, FAY SERVICING, LLC, CALIBER HOME LOANS, INC. and NEWREZ, LLC.,<br><br>      Defendants. | Civil Action No. 1:23-CV-01385-JPC |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)

Pursuant to Fed. R. Civ. P. 7.1(a)(1)-(2), the undersigned counsel for Defendant U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust ("U.S. Bank Trust"), makes the following disclosure: U.S. Bank Trust is a wholly owned subsidiary of U.S. Bank National Association. U.S. Bank National Association is a national association, operating and existing under the laws of the United States with its principal place of business in the State of Delaware. U.S. Bank National Association is a wholly owned subsidiary of U.S. Bancorp.

Dated: April 19, 2023

                Respectfully submitted,

                DAY PITNEY LLP

                /s/*Michael J. Fitzpatrick*
                Michael J. Fitzpatrick
                Day Pitney LLP
                605 Third Avenue, 31st Floor
                New York, NY 10158
                Telephone: (212) 297-5800
                mfitzpatrick@daypitney.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 19, 2023, copies of the foregoing Corporate Disclosure Statement were electronically filed by ECF. Notice of this filing will be sent by e-mail to all parties receiving electronic notification by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice of this filing and filed copies of this filing were sent to Plaintiffs by email to kleenskin@zohomail.com and UPS Overnight Delivery addressed as follows:

Zong Lau
62 Rivington Street
Apt. 8B
New York, NY 10002

Hui Lau
62 Rivington Street
Apt. 8B
New York, NY 10002

                                              /s/ *Michael J. Fitzpatrick*
                                                 Michael J. Fitzpatrick