UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ZONG LAU and HUI LAU

                        Plaintiff(s)

- v -                                             **RULE 7.1 STATEMENT**

SPECIALIZED LOAN SERVICING, LLC,
COMPUTERSHARE LOAN SERVICES, U.S. BANK
TRUST, N.A. AS TRUSTEE FOR LSF 10 MASTER
PARTICIPATION TRUST, FAY SERVICING, LLC,
CALIBER HOME LOANS, INC. and NEWREZ, LLC

                                                        1:23-CV-01385-JPC

                     Defendant(s)                           Case Number
_____

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Defendant Caliber Home Loans, Inc. ("Caliber")

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Caliber is the wholly-owned subsidiary of NRZ Acquisition LLC, which is a wholly owned subsidiary of Rithm Capital Corp. Rithm Capital Corp. f/k/a New Residential Investment Corp. is publicly traded on the New York Stock Exchange under the ticker RITM, and was previously traded under the ticker symbol NRZ. No publicly traded corporation owns more than 10% of Rithm Capital Corp.'s stock.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Caliber is a Delaware corporation with its principal place of business in Texas.

4/20/23
Date

/s/Michael J. Fitzpatrick
Signature of Attorney

5369483
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

## CERTIFICATE OF SERVICE

I hereby certify that, on April 20, 2023, copies of the foregoing Corporate Disclosure Statement were electronically filed by ECF. Notice of this filing will be sent by e-mail to all parties receiving electronic notification by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice of this filing and filed copies of this filing were sent to Plaintiffs by email to kleenskin@zohomail.com and UPS Overnight Delivery addressed as follows:

Zong Lau
62 Rivington Street
Apt. 8B
New York, NY 10002

Hui Lau
62 Rivington Street
Apt. 8B
New York, NY 10002

/s/ *Michael J. Fitzpatrick*
Michael J. Fitzpatrick