UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ZONG LAU et al.,                                :

        Plaintiffs,              :          ORDER

-v.-                                            :
                                                 23 Civ. 1385 (JPC) (GWG)
SPECIALIZED LOAN SERVICE, LLC. et al.,          :

        Defendants.              :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    On or before June 20, 2023, plaintiffs my file a reply brief of no more than 10 pages in support of their cross-motion for a declaratory judgment.

    SO ORDERED.

Dated: June 13, 2023
       New York, New York

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge