UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ZONG LAU and HUI LAU,                          :

        Plaintiffs,                        :
                                         ORDER
  -against-                                        :
                                         23 Civ. 1385 (JPC) (GWG)
SPECIALIZED LOAN SERVICING,      :
LLC, et al.,
                                :
        Defendants.
-------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Defendants Specialized Loan Servicing, LLC and Computershare Loan Services (collectively "Specialized") have moved to dismiss plaintiffs' First Amended Complaint. See Docket # 34. Plaintiffs aver that Specialized failed to serve a "hard copy, paper format" of their reply memorandum (Docket # 57) on plaintiffs. See Docket # 58 ¶¶ 2-5. Such service is required by Fed. R. Civ. P. 5(b)(2). The Court will consider defendants' memorandum as filed because it is clear from plaintiffs' papers that they have obtained a copy of the memorandum. See Docket # 58 ¶ 3 (Specialized "did however, email their [m]emorandum . . . to [plaintiffs]."). Nonetheless, to ensure compliance with Rule 5, Specialized is ordered to serve physical copies of the reply papers on plaintiff. Service shall be made on or before September 8, 2023, with proof of service filed on that date.

      SO ORDERED.

Dated: August 31, 2023

      New York, New York

                                                                  _____
                                                                  GABRIEL W. GORENSTEIN
                                                                  United States Magistrate Judge