UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                               :

ZONG LAU and HUI LAU,            :
                               :

               Plaintiffs,      :
                               :          23 Civ. 1385 (JPC) (GWG)

       -v-                    :
                               :            <u>ORDER</u>

SPECIALIZED LOAN SERVICING, LLC, *et al.*,  :
                               :

               Defendants.     :
                               :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court will hold a hearing to decide Plaintiffs' application for a temporary restraining

order on October 4, 2023, at 11:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United

States Courthouse, 500 Pearl Street, New York, New York 10007.  Defendants may file a

submission responding to Plaintiffs' application by September 29, 2023.


      SO ORDERED.

Dated: September 20, 2023
      New York, New York                                  _____
                                                   JOHN P. CRONAN
                                       United States District Judge