UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ZONG LAU and HUI LAU,                                                    :
                                                                         :
                              Plaintiffs,                   :
                                                                       :   23 Civ. 1385 (JPC) (GWG)
      -v-                                                                :
                                                                       :   <u>ORDER</u>
SPECIALIZED LOAN SERVICING, LLC *et al.*,                                :
                                                                         :
                              Defendants.                   :
                                                                         :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       For the reasons discussed on the record at the October 4, 2023 hearing, Plaintiffs' request for a temporary restraining order and preliminary injunction is denied.

       SO ORDERED.

Dated: October 4, 2023
       New York, New York

                                                                  JOHN P. CRONAN
                                                       United States District Judge