UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ZONG LAU and HUI LAU, :
:
Plaintiffs, :
: 23 Civ. 1385 (JPC) (GWG)
-v- :
: ORDER
SPECIALIZED LOAN SERVICING, LLC *et al.*, :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The parties are directed to advise the Court on the status of the subject foreclosure sale and to provide any other relevant updates since the Second Circuit's dismissal of Plaintiffs' appeal, Dkt. 85, by Friday, April 12, 2024.

       SO ORDERED.

Dated: April 10, 2024
       New York, New York
                                           JOHN P. CRONAN
                                           United States District Judge